UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON, | ) Case No.: 3:20-CV-04909-WHO |
| Plaintiff, | ) ORDER |
| v. | ) |
| GS LIMITED PARTNERSHIP, a California Limited Partnership; ANDREW SPITALNY; JJK CAMPERS INC., a California Corporation; and Does 1- 10, | ) |
| Defendants. | ) |

### ORDER

The Court hereby vacates all currently set dates, with the expectation that the parties will file a Joint Stipulation for Dismissal within 60 days.

**IT IS SO ORDERED.**

Dated: February 25, 2021

HONORABLE WILLIAM H. ORRICK
United States Magistrate Judge